# Third District Court of Appeal

## State of Florida

Opinion filed January 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-1841 & 3D22-1842
Lower Tribunal Nos. F04-31438 & F05-37175
_____

**Calvin Essix,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Wasson & Associates, Chartered, and Roy D. Wasson, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. Byron v. State, 273 So. 3d 1091, 1094 (Fla. 3d DCA 2019)

("Not every manifestation of mental illness demonstrates incompetence to

stand trial; rather, the evidence must indicate a present inability to assist counsel or understand the charges. Neither low intelligence, mental deficiency, nor bizarre, volatile, and irrational behavior can be equated with mental incompetence to stand trial." (quoting Thompson v. State, 88 So. 3d 312, 319 (Fla. 4th DCA 2012))); Pickles v. State, 976 So. 2d 690, 692 (Fla. 4th DCA 2008) ("We review determinations of the trial court not to hold a competency hearing under an abuse of discretion standard.").